UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-7825-CAS(CWx) | Date | March 17, 2011 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA v. S W M MANAGEMENT CORPORATION; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **April 8, 2011** why this action should not be dismissed for lack of prosecution **as to defendants S W M MANAGEMENT CORPORATION; and MICHAEL R. SNYDER, only;**

Plaintiff is advised that the Court will consider the following:
1) A proof of service of summons and complaint on **defendant S W M MANAGEMENT CORPORATION;**
2) An answer by **defendant MICHAEL R. SNYDER,** or plaintiff's request for entry of default on this defendant

on or before the above date, as a satisfactory response to the Order to Show Cause.

**IT IS FURTHER HEREBY ORDERED** that **CROSS-COMPLAINANTS** show cause in writing not later than **April 8, 2011** why this action should not be dismissed for lack of prosecution **as to cross defendant MICHAEL R. SNYDER.**

Cross-Complainants are advised that the Court will consider the following:
1) An answer by **cross-defendant MICHAEL R. SNYDER,** or plaintiff's request for entry of default on this defendant

on or before the above date, as a satisfactory response to the Order to Show Cause.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-7825-CAS(CWx) | Date | March 17, 2011 |
|---|---|---|---|
| Title | *UNITED STATES OF AMERICA v. S W M MANAGEMENT CORPORATION; ET AL.* | | |