```
ANDRÉ BIROTTE JR
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
BRENT A. WHITTLESEY
Assistant United States Attorney
brent.whittlesey@usdoj.gov
California Bar Number:   73493
     Room 7516 Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-2445
     Facsimile: (213) 894-5900

Attorney for Plaintiff
United States
```

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>SWM MANAGEMENT CORPORATION,<br>et al.,<br><br>      Defendants. | No. CV 10-7825-CAS<br><br>~~(PROPOSED)~~<br>**DEFAULT JUDGMENT AGAINST**<br>**DEFENDANT MICHAEL SNYDER** |

    Based on the motion of Plaintiff United States for entry of a judgment by default by the Clerk of the Court against defendant Michael R. Snyder ("Snyder") pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55, and good cause appear therefore, it is hereby ORDERED that judgment is entered in favor of plaintiff United States and against defendant

1

1  Snyder in the amount of $2,290,801.23 consisting of principal
2  indebtedness of $1,965,257.07, accrued interest through August 1,
3  2012 in the amount of $277,098.16, and legal fees in the amount
4  of $48,446.00.

6  DATED: October 22, 2012

*Christina A. Snyder*

_____
   Hon. Christina A. Snyder
   UNITED STATES DISTRICT JUDGE

Submitted by,

ANDRÉ BIROTTE JR
United States Attorney

LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

       /S/

_____
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorney for Plaintiff
United States